**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| FRANK L. FARRIS,       ) | |
|    Plaintiff,          ) | |
|                        ) | |
| vs.                    ) | Case No. 3:10-cv-00318-JTK |
|                        ) | |
| MICHAEL J. ASTRUE,     ) | |
| Commissioner of the    ) | |
| Social Security Administration, ) | |
|    Defendant           ) | |

## ORDER

Before the Court is the parties' Agreed Motion To Remand To the Agency (Docket Entry No. 13) for further administrative proceedings before an Administrative Law Judge (ALJ). The Commissioner (Defendant) will remand this case to an ALJ to develop the record, hold another hearing, and issue a new decision. The ALJ will give further consideration to the credibility of Plaintiff's subjective complaints.

Upon examination of the merits of this case, the Court hereby grants this Motion and orders that this case be reversed and remanded to the Commissioner for further administrative action pursuant to sentence 4 of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED this 18th day of May, 2011.

_____
JEROME T. KEARNEY
United States Magistrate Judge