**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| **FRANK L. FARRIS,**             ) | |
|    Plaintiff,           ) | |
|                             ) | |
| **vs.**                        ) | Case No. 3:10-cv-00318-JTK |
|                             ) | |
| **MICHAEL J. ASTRUE ,**          ) | |
| **Commissioner of the**          ) | |
| **Social Security Administration,** ) | |
|    Defendant             ) | |

## RULE 58 JUDGMENT

    IT IS CONSIDERED, ORDERED, and ADJUDGED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of § 205(g) of the Social Security Act, 42 U.S.C. §405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

    SO ADJUDGED this 18th day of May, 2011.

_____
JEROME T. KEARNEY
United States Magistrate Judge