IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FRANK L. FARRIS                                                    PLAINTIFF

v.           Case No. 3:10-CV-00318 JTK

MICHAEL ASTRUE, Commissioner,
Social Security Administration                                     DEFENDANT

## ORDER

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (docket entry #16). In his motion, Plaintiff requests fees and expenses in the amount of $3,045.37 ($3,028.75 in fees and $16.62 in expenses). The Commissioner does not object to the amount requested (docket entry #18). Therefore, the motion is GRANTED.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

Accordingly, Plaintiff is awarded $3,045.37 in fees and expenses.

IT IS SO ORDERED this 2nd day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE